FILED rec'd 5/13/14
IN CLERK'S OFFICE
U.S. DISTRICT COURT E.D.N.Y.
★ MAY 12 2014 ★
BROOKLYN OFFICE

UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NEW YORK
------------------------------------------------------------------ X
RICHIE H. CONNER and EUNICE MONTGOMERY,

        Plaintiffs,

-against-

KIRA INTERNATIONAL, INC.,
KIRA INTERNATIONAL COMMUNICATIONS, LLC,
and FRANK CURRIE,

        Defendants.
------------------------------------------------------------------ X

13-CV-417 (ARR)(LB)

NOT FOR ELECTRONIC
OR PRINT PUBLICATION

ORDER

ROSS, United States District Judge:

    The court has received the Report and Recommendation on the instant case dated April 22, 2014, from the Honorable Lois Bloom, United States Magistrate Judge. DE #25. In that Report and Recommendation, Judge Bloom reinstated her prior Report and Recommendation dated January 6, 2014, DE #22, which the court has reviewed. No objections have been filed in response to Judge Bloom's recommendation of reinstatement. Accordingly, the court has reviewed the reinstated Report and Recommendation for clear error on the face of the record. See Advisory Comm. Notes to Fed. R. Civ. P. 72(b); accord Brissett v. Manhattan & Bronx Surface Transit Operating Auth., No. 09-CV-1930682 (CBA) (LB), 2011 WL 1930682, at *1 (E.D.N.Y. May 19, 2011). Having reviewed the record, I find no clear error. I hereby adopt the Report and Recommendation, in its entirety, as the opinion of the Court pursuant to 28 U.S.C. § 636(b)(1).

    Therefore, plaintiffs' claims against defendants are dismissed without prejudice pursuant to Rule 4(m) of the Federal Rules of Civil Procedure. The Clerk of the Court is directed to enter judgment accordingly.

SO ORDERED.

                                          /S/ Judge Allyne R. Ross
                                          Allyne R. Ross
                                          United States District Judge

Dated:    May 12, 2014
             Brooklyn, New York

1

**SERVICE LIST**

**Richie H. Conner**
# 12627-084
FCI Beaumont Low
Federal Correctional Institution
P.O. Box 26020
Beaumont, TX 77720

**Eunice Montgomery**
PO Box 36
Mount Jackson, VA 22842