FILED
IN CLERK'S OFFICE
US DISTRICT COURT E.D.N.Y.

★ AUG 0 5 2015 ★

BROOKLYN OFFICE

UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NEW YORK

------------------------------------------------------------------ X

RICHIE H. CONNER and EUNICE MONTGOMERY,

                Plaintiffs,

-against-

KIRA INTERNATIONAL, INC., KIRA INTENRATIONAL COMMUNICATIONS, LLC, and FRANKLIN CURRIE,

                Defendants.

------------------------------------------------------------------ X

13-CV-417 (ARR)(LB)

NOT FOR PRINT OR ELECTRONIC PUBLICATION

ORDER

ROSS, United States District Judge:

    The court has received the Report and Recommendation on the instant case dated July 14, 2015, from the Honorable Lois Bloom, United States Magistrate Judge. No objections have been filed. Accordingly, the court has reviewed the Report and Recommendation for clear error on the face of the record. See Advisory Comm. Notes to Fed. R. Civ. P. 72(b); accord Brissett v. Manhattan & Bronx Surface Transit Operating Auth., No. 09-CV-1930682 (CBA) (LB), 2011 WL 1930682, at *1 (E.D.N.Y. May 19, 2011). Having reviewed the record, I find no clear error. I hereby adopt the Report and Recommendation, in its entirety, as the opinion of the Court pursuant to 28 U.S.C. § 636(b)(1).

    Therefore, the motion for default judgment pursuant to Rule 55(b)(2) of the Federal Rules of Civil Procedure is denied, and plaintiffs are granted 30 days leave to amend. Failure to file an amended complaint within 30 days will result in dismissal of this case for lack of subject matter jurisdiction.

    SO ORDERED.

                                          s/Allyne R. Ross
                                          Allyne R. Ross
                                          United States District Judge

Dated: August 4, 2015
         Brooklyn, New York

**SERVICE LIST**

Plaintiffs

Eunice Montgomery
P.O. Box 36
Mount Jackson, VA 22842
540-984-8079/540-335-3086

Richie H. Conner
# 12627-084
FCI Fort Worth
Federal Correctional Institution
P.O. Box 15330
Fort Worth, TX 76119